# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>WILBUR LEE CADOTTE,<br><br>Defendant. | CR 10-08-GF-BMM-1<br><br>**ORDER** |

Defendant has moved for an early termination of his supervised release (Doc. 85). The Government opposes the motion. (Doc. 89). The Court conducted a hearing on the motion on August 9, 2019.

Defendant pleaded guilty to Conspiracy to Possess Methamphetamine with Intent to Distribute in a Public Housing Facility on March 31, 2010. Defendant was sentenced to 63 months of custody followed by six years of supervised release. (Doc. 54). Defendant began supervised release on August 24, 2014.

The record reflects that Defendant has complied with his supervised release conditions, although he failed to report for testing once in 2015. (Doc. 86 at 2-3). Defendant is 62 years of age. He lives on Veteran Administration pension and income he receives from the tribe. The Defendant has not maintained full time employment because he is dealing with back issues. *Id* at 4-5. He does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early

termination of supervised release.

Accordingly, IT IS ORDERED:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 84) is GRANTED.

2. Defendant is DISCHARGED from supervised release on September 1, 2018.

DATED this 21st day of August, 2018.

_____
Brian Morris
United States District Court Judge